# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | |
|---|---|
| BOSTON SCIENTIFIC CORP.<br>Plaintiff<br>v.<br>MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR GALWAY, LTD.<br>Defendant | ) ) ) ) ) ) ) Civil Action No.<br> CV 08    3844<br> |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Vascular Galway, Ltd.
AGENT: C T Corporation
818 West Seventh Street
Los Angeles, CA 90017


A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Katharine L. Altemus                1950 University Avenue
HOWREY LLP                          East Palo Alto, CA  94303

                    Telephone: 650.798.3512


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Date: AUG 1 2 2008

Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KATHARINE L. ALTEMUS, Bar #227080<br>HOWREY LLP<br>1950 UNIVERSITY AVENUE<br>4TH FL.<br>EAST PALO ALTO, CA 94303<br>Telephone No: (650) 798-3500    FAX No: (650) 798-3600 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>92484 |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: BOSTON SCIENTIFIC CORP.
Defendant: MEDTRONIC, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3844 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGMENT; PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:         MEDTRONIC USA, INC.
   b. Person served:        MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEMS INC., REGISTERED AGENT., (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served:    818 W 7TH ST
                                          2ND FLOOR
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 13, 2008 (2) at: 11:50AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTOPHER PONCE                       d. *The Fee for Service was:*
   b. NATIONWIDE LEGAL INC.                   e. I am: (3) registered California process server
      207 SOUTH BROADWAY                          (i) Independent Contractor
      6TH FLOOR                                   (ii) Registration No.:    5674
      LOS ANGELES, CA 90012                       (iii) County:             Los Angeles
   c. (213) 625-9100

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sat, Aug. 16, 2008

                                                                    (CHRISTOPHER PONCE)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                              92484.katal.18263