# UNITED STATES DISTRICT COURT
for the
Northern District of California

*E-filing*

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| MEDTRONIC, INC., MEDTRONIC VASCULAR, ) | |
| INC., MEDTRONIC USA, INC., and MEDTRONIC ) | **CV 08    3844** |
| VASCULAR GALWAY, LTD. ) | |
| Defendant | |

**MEJ**

### Summons in a Civil Action

To: *(Defendant's name and address)*
Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Vascular Galway, Ltd.
AGENT: C T Corporation
818 West Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Katharine L. Altemus           1950 University Avenue
HOWREY LLP                   East Palo Alto, CA  94303

Telephone: 650.798.3512

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: AUG 1 2 2008

Helen L. Almacen
Deputy clerk's signature



American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KATHARINE L. ALTEMUS, Bar #227080<br>HOWREY LLP<br>1950 UNIVERSITY AVENUE<br>4TH FL.<br>EAST PALO ALTO, CA 94303<br>*Telephone No:* (650) 798-3500  *FAX No:* (650) 798-3600 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 92482 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* BOSTON SCIENTIFIC CORP.
*Defendant:* MEDTRONIC, INC., ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV 08 3844 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGMENT; PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. *Party served:* MEDTRONIC VASCULAR, INC.
   b. *Person served:* MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEMS INC., REGISTERED AGENT., (SERVED UNDER F.R.C.P. RULE 4).

4. *Address where the party was served:* 818 W 7TH ST, 2ND FLOOR, LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 13, 2008 (2) at: 11:50AM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTOPHER PONCE
   b. NATIONWIDE LEGAL INC.
      207 SOUTH BROADWAY
      6TH FLOOR
      LOS ANGELES, CA 90012
   c. (213) 625-9100
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5674
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Sat, Aug. 16, 2008

(CHRISTOPHER PONCE)

*Judicial Council Form*
*Rule 2.150.(a)&(b) Rev January 1, 2007*   PROOF OF SERVICE   92482.katal.18264