1  GIBSON, DUNN & CRUTCHER LLP
   H. MARK LYON, SBN 162061,
2  MLyon@gibsondunn.com
   FREDERICK S. CHUNG, SBN 183337,
3  FChung@gibsondunn.com
   Y. ERNEST HSIN, SBN 201668,
4  EHsin@gibsondunn.com
   1881 Page Mill Road
5  Palo Alto, California 94304
   Telephone: (650) 849-5300
6  Facsimile: (650) 849-5333

7  GIBSON, DUNN & CRUTCHER LLP
   KEVIN S. ROSEN, SBN 133304,
8  KRosen@gibsondunn.com
   MATTHEW A. HOFFMAN, SBN 227351,
9  MHoffman@gibsondunn.com
   ANTHONY S. NEWMAN, SBN 235514,
10 ANewman@gibsondunn.com
   333 South Grand Avenue
11 Los Angeles, California 90071
   Telephone: (213) 229-7000
12 Facsimile: (650) 229-7520

13 Attorneys for Defendants Medtronic, Inc.,
   Medtronic Vascular, Inc., Medtronic USA,
14 Inc., and Medtronic Galway, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP., | CASE NO. 3:08-cv-03844-MEJ |
| Plaintiff, | **STIPULATION REGARDING TIME WITHIN WHICH TO RESPOND TO COMPLAINT** |
| v. | |
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., and MEDTRONIC VASCULAR GALWAY, LTD., | |
| Defendants. | |

1

Pursuant to Civil Local Rule 6-1, it is hereby stipulated by the parties, through their undersigned counsel, that the time for defendants Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Galway, Ltd. to answer or otherwise respond to the complaint is hereby extended thirty (30) days, through and including October 2, 2008.

Dated:  August 26, 2008                    HOWREY LLP

By:  /s/  Katharine L. Altemus_____
         Katharine L. Altemus

Attorneys for Plaintiff Boston Scientific Corp.

The undersigned attests that he has obtained the concurrence of each of the other signatories to this stipulation reflecting their concurrence in the filing of this document, and will maintain records to support this concurrence until one year after final resolution of this action.

Dated:  August 26, 2008                    GIBSON, DUNN & CRUTCHER LLP

By:  /s/  H. Mark Lyon                           
         H. Mark Lyon

Attorneys for Defendants Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Galway, Ltd.