# UNITED STATES DISTRICT COURT
for the
Northern District of California

*E-filing*

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| MEDTRONIC, INC., MEDTRONIC VASCULAR, ) | |
| INC., MEDTRONIC USA, INC., and MEDTRONIC ) | CV 08      3844 |
| VASCULAR GALWAY, LTD. | |
| Defendant | |



**Summons in a Civil Action**

To: *(Defendant's name and address)*
Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Vascular Galway, Ltd.
AGENT: C T Corporation
818 West Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Katharine L. Altemus              1950 University Avenue
HOWREY LLP                        East Palo Alto, CA 94303

Telephone: 650.798.3512

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: AUG 1 2 2008

Helen Almacen
Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

& all court required documents

I declare under penalty of perjury that I served the summons and complaint in this case on August 25, 2008, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Gibson, Dunn & Crutcher (by agreement to accept service via U.S. Mail)</u> ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ Zero .

Date: August 25, 2008

Sonya Schwab
Server's signature

Sonya Schwab; Legal Secretary
Printed name and title

1950 University Avenue; East Palo Alto, CA 94303
Server's address