| | |
|---|---|
| KATHARINE L. ALTEMUS (SBN 227080)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3512<br>Facsimile: (650) 798-3600<br>E-mail: altemusk@howrey.com<br><br>MATTHEW M. WOLF<br>EDWARD HAN<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br>E-mail: wolfm@howrey.com<br>E-mail: hane@howrey.com<br><br>WALLACE WU (SBN 220110)<br>HOWREY LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, California 90071<br>Telephone: (213) 892-1800<br>Facsimile: (213) 892-2300<br>E-mail: wuw@howrey.com<br><br>Attorneys for Plaintiff Boston Scientific Corp. | H. MARK LYON (SBN 162061)<br>FREDERICK S. CHUNG (SBN 183337)<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br>Email: MLyon@gibsondunn.com<br>Email: FChung@gibsondunn.com<br><br>KEVIN S. ROSEN (SBN 133304)<br>MATTHEW A. HOFFMAN (SBN 227351)<br>ANTHONY S. NEWMAN (SBN 235514)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: KRosen@gibsondunn.com<br>Email: MHoffman@gibsondunn.com<br>Email: ANewman@gibsondunn.com<br><br>Attorneys for Defendants Medtronic, Inc.,<br>Medtronic Vascular, Inc., Medtronic USA,<br>Inc., and Medtronic Galway, Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY, LTD.<br><br>    Defendants. | Case No. CV 08 3844 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1     The Case Management Conference is currently scheduled for November 20, 2008, and the
2 parties' joint case management statement is due November 13, 2008.  In an effort to resolve their
3 disputes without the assistance of the Court, the parties, through their respective undersigned counsel,
4 jointly request that the Court continue the Case Management Conference from November 20, 2008 to
5 December 18, 2008 and reset the due date for the parties' joint case management statement.

6     The parties also agree that all pending due dates under the Federal Rules of Civil Procedure are
7 extended 30 days from their original due dates and all dates under the Patent Local Rules are moved
8 commensurate with the new Case Management Conference date to be set by the Court.

                                                                          Respectfully submitted,

12 Dated:  November 10, 2008                      **HOWREY LLP**

                                                                         By:   /s/
                                                                         Katharine L. Altemus
                                                                         Attorneys for Plaintiff/Counterdefendant
                                                                         BOSTON SCIENTIFIC CORP.


                                                                        **GIBSON, DUNN & CRUTCHER LLP**

                                                                         By:   /s/
                                                                         H. Mark Lyon
                                                                         Attorneys for Defendants/Counterclaimants
                                                                         MEDTRONIC, INC., MEDTRONIC
                                                                         VASCULAR, INC., MEDTRONIC USA, INC.,
                                                                         and MEDTRONIC VASCULAR GALWAY,
                                                                         LTD.

23     Concurrence in the filing of this document has been obtained from H. Mark Lyon, the signatory
24 listed above.

                                                                        **HOWREY LLP**

                                                                         By:   /s/
                                                                         Katharine L. Altemus
                                                                         Attorneys for Plaintiff/Counterdefendant
                                                                         BOSTON SCIENTIFIC CORP.

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: 11/14/08 _____

    The Honorable Phyllis J. Hamilton
    United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

Stipulation and [Proposed] Order to Continue Case
Management Conference
Case No. CV 08 3844 PJH

3

DM_US:21536154_1