Katharine L. Altemus (SBN 227080)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3512
Facsimile: (650) 798-3600
E-mail: altemusk@howrey.com

Matthew M. Wolf (in *propria* persona)
Edward Han (in *propria persona*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
E-mail: wolfm@howrey.com
E-mail: hane@howrey.com

Wallace Wu (SBN 220110)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: wuw@howrey.com

Attorneys for Plaintiff Boston Scientific Corp.

H. Mark Lyon (SBN 162061)
Frederick S. Chung (SBN 183337)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
Email: MLyon@gibsondunn.com
Email: FChung@gibsondunn.com

Kevin S. Rosen (SBN 133304)
Matthew A. Hoffman (SBN 227351)
Anthony S. Newman (SBN 235514)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: KRosen@gibsondunn.com
Email: MHoffman@gibsondunn.com
Email: ANewman@gibsondunn.com

Attorneys for Defendants Medtronic, Inc.,
Medtronic Vascular, Inc., Medtronic USA,
Inc., and Medtronic Galway, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP.,<br><br>                Plaintiff,<br><br>        vs.<br><br>MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY, LTD.<br><br>                Defendants. | Case No. CV 08 3844 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    The Case Management Conference is currently scheduled for December 18, 2008 pursuant to

2  the Court's Order granting the parties' joint request to continue the Case Management Conference.

3  (Dkt. No. 27.)  The parties remain engaged in discussions to resolve their disputes without the

4  assistance of the Court.  In light of these discussions and for the purposes of preserving the resources

5  of the parties and the Court, the parties, through their respective undersigned counsel, jointly request

6  that the Court further continue the Case Management Conference from December 18, 2008 to January

7  22, 2009.

8    The parties also agree that all pending due dates under the Federal Rules of Civil Procedure are

9  extended 30 days from their current due dates and all dates under the Patent Local Rules are moved

10  commensurate with the new Case Management Conference date to be set by the Court.

11                                        Respectfully submitted,

12  Dated:  December 5, 2008              **HOWREY LLP**

13                                        By:___/s/ Katharine L. Altemus_____
                                          Katharine L. Altemus
14                                        Attorneys for Plaintiff/Counterdefendant
                                          BOSTON SCIENTIFIC CORP.
15

16

17                                        **GIBSON, DUNN & CRUTCHER LLP**

18                                        By:___/s/ H. Mark Lyon_____
19                                        H. Mark Lyon
                                          Attorneys for Defendants/Counterclaimants
20                                        MEDTRONIC, INC., MEDTRONIC
                                          VASCULAR, INC., MEDTRONIC USA, INC.,
21                                        and MEDTRONIC VASCULAR GALWAY,
                                          LTD.
22

23    Concurrence in the filing of this document has been obtained from H. Mark Lyon, the signatory

24  listed above.

25                                        **HOWREY LLP**

26                                        By:___/s/ Katharine L. Altemus_____
27                                        Katharine L. Altemus
                                          Attorneys for Plaintiff/Counterdefendant
28                                        BOSTON SCIENTIFIC CORP.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _ 12/10/08 _____

_____
The Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED

Judge Phyllis J. Hamilton

Stipulation and [Proposed] Order to Continue Case
Management Conference
Case No. CV 08 3844 PJH

DM_US:21643089_1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3        I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California  94303.

4

5        On December 5, 2008, I served on the interested parties in said action the within:

6        **STIPULATION AND [PROPOSED] ORDER TO**

7        **CONTINUE CASE MANAGEMENT CONFERENCE**

8    by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

9

10        Mervey Mark Lyon
          mlyon@gibsondunn.com
11        Medtronic@gibsondunn.com
          **GIBSON DUNN & CRUTCHER LLP**
12        1881 Page Mill Road
          Palo Alto, CA 94304
13        Tel:  650-849-5300
          Fax: 650-849-5333

14

15   [X]   (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent

16        to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was

17        unsuccessful.

18   [X]   (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case Management/Electronic File system with the U.S. District Court for the Northern District of

19        California.

20        I declare under penalty of perjury that I am employed in the office of a member of the bar of

21   this Court at whose direction the service was made and that the foregoing is true and correct.

22        Executed on December 5, 2008, at East Palo Alto, California.

23

24        Tammy Miller                              /s/ Tammy Miller
          (Type or print name)                         (Signature)

25

26

27

28