1  KATHARINE L. ALTEMUS (SBN 227080)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone:  (650) 798-3512
4  Facsimile:  (650) 798-3600
   E-mail: altemusk@howrey.com
5

6  MATTHEW M. WOLF
   EDWARD HAN
7  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
8  Washington, DC  20004
   Telephone:  (202) 783-0800
9  Facsimile:  (202) 383-6610
   E-mail: wolfm@howrey.com
10 E-mail: hane@howrey.com

11
   WALLACE WU (SBN 220110)
12 HOWREY LLP
   550 South Hope Street, Suite 1100
13 Los Angeles, California 90071
   Telephone:  (213) 892-1800
14 Facsimile:  (213) 892-2300
   E-mail: wuw@howrey.com
15

16 Attorneys for Plaintiff Boston Scientific Corp.

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  BOSTON SCIENTIFIC CORP., | Case No. CV 08 3844 PJH |
| 20           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 21       vs. | |
| 22 | |
| 23  MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY, LTD. | |
| 24 | |
| 25           Defendants. | |
| 26  AND RELATED COUNTERCLAIMS | |

Stipulation and Proposed Order
Selecting ADR Process
Case No. CV 08 3844 PJH
DM_US:21558003_1

DM_US:21566284_1

1  Counsel report that they have met and conferred regarding ADR and have reached the following
2  stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3  **Private Process:**  The parties agree to engage in private mediation using a mutually acceptable
4  mediator from JAMS (or a similar organization).

5  **Timing:**  The parties believe that mediation before the claim construction ruling would not be
6  fruitful as the scope of the claims may materially impact parties' infringement and invalidity contentions.
7  The parties propose that they hold a private mediation within 60 days of the claim construction ruling or
8  before the fact discovery cutoff, whichever is earlier.

9  Respectfully submitted,

10 Dated:  October 30, 2008        **HOWREY LLP**

11                                  By:_____
12                                  Katharine L. Altemus
                                    Attorneys for Plaintiff/Counterdefendant
13                                  BOSTON SCIENTIFIC CORP.

14

15

16                                  **GIBSON, DUNN & CRUTCHER LLP**

17                                  By:_____
18                                  H. Mark Lyon
                                    Attorneys for Defendants/Counterclaimants
19                                  MEDTRONIC, INC., MEDTRONIC
                                    VASCULAR, INC., MEDTRONIC USA, INC.,
20                                  and MEDTRONIC VASCULAR GALWAY,
21                                  LTD.

22

23

24

25 ///

26 ///

27 ///

28

Stipulation and Proposed Order
Selecting ADR Process
Case No. CV 08 3844 PJH

2

DM_US:21566284_1

Concurrence in the filing of this document has been obtained from H. Mark Lyon, the signatory listed above.

Dated: October 30, 2008

**HOWREY LLP**

By: /s/
Katharine L. Altemus
Attorneys for Plaintiff/Counterdefendant
BOSTON SCIENTIFIC CORP.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/23/09

Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation and Proposed Order
Selecting ADR Process
Case No. CV 08 3844 PJH

3

DM_US:21566284_1